UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-22279-CIV-UNGARO

JOHN KOZAK,

    Plaintiff,

v.

OCEANIA CLUB, INC.,

    Defendant.
_____/

### ORDER ON MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss Plaintiff's Complaint, filed September 2, 2008 (D.E. 3). Plaintiff replied in Opposition on September 12, 2008 (D.E. 5).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. In its Motion, Defendant argues that the Complaint should be dismissed because Plaintiff has not filed a written consent form with the Court, as is required to initiate an "opt-in" collective action under the Fair Labor Standards Act. (Def.'s Mot.1.) On September 12, 2008, Plaintiff filed the aforementioned written consent form. (D.E. 6.) It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 3) is DENIED AS MOOT. Defendant SHALL file its answer to the Complaint within ten days of the date of this Order.

DONE AND ORDERED in Chambers at Miami, Florida, this 15th day of September, 2008

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record